NUMBER 13-06-022-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_____________________________
_____________________________________


GREG AND CATHY LAVENDER, Appellants,


v.



KRIS HAWKINS, Appellee.

____________________________ 
_____________________________________


On appeal from County Court at Law No. 5


of Nueces County, Texas.


______________________________
____________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellants, GREG AND CATHY LAVENDER, attempted to perfect an appeal from
a judgment entered by County Court at Law No. 5 of Nueces County, Texas, in cause
number 05-62246-5. A defective notice of appeal was filed in this Court on January
11, 2006. On January 12, 2006, this Court gave notice to appellants that the notice
of appeal was not in compliance with Tex. R. App. P. 25.1(d) and 9.5. Pursuant to
Tex. R. App. P. 37.1, appellants were given notice of the defect and were directed to
file an amended notice of appeal within thirty days from the date of the notice. 
Appellants failed to correct the defective notice of appeal. On March 17, 2006, April
5, 2006, and May 2, 2006, notices were sent to appellants in accordance with Tex.
R. App. P. 42.3. Appellants were advised that they had failed to comply with this
Court's request to amend the notice of appeal, and notice was given that, unless the
defect was corrected, the appeal would be dismissed. The Court's letters were
returned, and the Court was informed that appellants were no longer at the addresses
given to this Court and had left no forwarding address.

 Accordingly, because appellants have failed to comply with this Court's request
to amend the notice of appeal, and appellants have not provided us with any other
address or means of contacting them, we dismiss this appeal for failure to comply with
an order of this Court. See Tex. R. App. P. 42.3(c). 

 PER CURIAM


Memorandum Opinion delivered and filed

this the 17th day of May, 2007.